MARVEN H. HORNBECK, Respondent, v. NATIONAL LEAD COMPANY, Appellant.

— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.